# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New Orleans Field Office
500 Poydras Street, Suite809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/19/2025

**To:** Ms. Kathy Caldwell
177 Maryjane Lane
NEW ORLEANS, LA 70128
Charge No: 461-2025-04023

EEOC Representative and email:    TANYA DARENSBURG
INVESTIGATOR
TANYA.DARENSBURG@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 461-2025-04023.

On behalf of the Commission,

Digitally Signed By:Michael Kirkland
11/19/2025
Michael Kirkland
Director

**Cc:**
My Tran
Einstein Charter Schools
4801 Maid Marion Drive
NEW ORLEANS, LA 70128

Einstein Charter School
5100 Cannes Street
NEW ORLEANS, LA 70129

Please retain this Notice for your records.